JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Reanna Corrine Mcgona Gill,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:19-cv-01352-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 05/06/2020 to 06/05/2020, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

   This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant  does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

1

| | |
|---|---|
| Dated: April 21, 2020 | PENA & BROMBERG, ATTORNEYS AT LAW |
| | By: */s/ Jonathan Omar Pena*<br>   JONATHAN OMAR PENA<br>   Attorneys for Plaintiff |
| Dated: April 21, 2020 | MCGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | By:   *\*/s/ Asim Modi*<br>   Asim Modi<br>   Special Assistant United States Attorney<br>   Attorneys for Defendant<br>   (\*As authorized by email on 04/21/2020) |

**ORDER**

The Scheduling Order allows a single thirty-day extension of any part of the Scheduling Order by stipulation of the parties without the Court's approval. (Doc. No. 5.) This is the first extension requested by the parties and therefore Plaintiff shall have an extension of time to file and serve her Opening Brief. Plaintiff's Opening Brief shall be served on or before June 5, 2020. All other deadlines set forth in the Court's Scheduling Order shall be modified accordingly.

The parties are reminded that any future requests for extensions will require a demonstrated showing of good cause. (*See* Doc. No. 5.) Fed. R. Civ. P. 16(b). Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated:   **April 22, 2020**                        /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE

3