UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| REANNA CORRINE McGONA GILL, | Case No. 1:19-cv-01352-BAM |
| Plaintiff, | ORDER REGARDING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Doc. 17), IT IS HEREBY ORDERED that this action be remanded to the Commissioner of Social Security for further administrative action consistent with the parties' stipulation. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff Reanna Corrine McGona Gill, and against Defendant Andrew Saul, Commissioner of Social Security, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   **June 4, 2020**           /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE